**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LOIS M. VIRKLER,**

        **Plaintiff,**

**-vs-**                              **Case No. 6:04-cv-1652-Orl-28KRS**

**HERBERT ENTERPRISES, INC.,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S RENEWED MOTION FOR SANCTIONS FOR DEFENDANT'S FAILURE TO CONDUCT MEDIATION (Doc. No. 36)**
>
> **FILED:** May 17, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part.

Plaintiff desires to mediate, as ordered by the Court, and does not wish to entertain Defendant's apparently non-negotiable settlement offer. Defendant desires to skip mediation for financial reasons, and has warned Plaintiff to accept its offer, otherwise it has threatened to file bankruptcy. Plaintiff wants sanctions to be imposed, including striking Defendant's Answer. The motion is granted, in part.

Threatening bankruptcy and filing for bankruptcy are two different things. While financial difficulties may exist, that alone is not a valid reason to opt out of a court ordered mediation as long

as Defendant is, as here, still a litigant before this Court.  The option Defendant has chosen to pursue (refusal to attend mediation coupled with a non-negotiable settlement offer, tendered under threat of bankruptcy) is simply not available as an alternative to compliance with a court order.  As such, Defendant is **admonished** for failure to attend the court ordered mediation and is **sanctioned** in the amount of $500, payable to Plaintiff, within 11 days of the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on June 3, 2005.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record